AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____    District of    _____ New York _____

DANA BADKE, an infant over the age of fourteen (14) years, by her father and natural guardian, JOHN BADKE and JOHN BADKE, Individually,

V.

MARVIN WEIMAN,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 08 CV 0210

## JUDGE ROBINSON

TO: (Name and address of Defendant)

Marvin Weiman
131 Westhampton Drive
Thornhill, ON L4J7J8

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Feldman, Kramer & Monaco, PC
Jason F. Zimmerman, Esq.
330 Motor Parkway
Hauppauge, NY 11788
(631) 231-1450 Ext. 218

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          JAN 1 0 2008

CLERK                                        DATE

_____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | DATE |
| NAME OF SERVER *(PRINT)* | | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*


                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JS 44C/SDNY
REV. 12/2005

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS Dana Badke, an infant by her father, John Badke

DEFENDANTS Marven Weiman

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Feldman, Kramer & Monaco, PC by Jason F. Zimmerman,
Esq., 330 Motor Parkway, Hauppauge, NY 11788 (631)
231-1450 Ext. 218

ATTORNEYS (IF KNOWN)
Unknown

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
Arises under federal jurisdiction as Defendant, Marven Weiman, is a citizen of a foreign country, Canada.

Has this or a similar case been previously filed in SDNY at any time? No[x] Yes: [ ] Judge Previously Assigned

If yes, was this case Vol [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*          NATURE OF SUIT

### ACTIONS UNDER STATUTES

| TORTS | | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 AGRICULTURE | [ ] 422 APPEAL 28 USC 158 | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 362 PERSONAL INJURY - | [ ] 620 FOOD & DRUG | [ ] 423 WITHDRAWAL | [ ] 410 ANTITRUST |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT | MED MALPRACTICE | [ ] 625 DRUG RELATED | 28 USC 157 | [ ] 430 BANKS & BANKING |
| [ ] 130 MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | SEIZURE OF | | [ ] 450 COMMERCE/ICC |
| [ ] 140 NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | PROPERTY | | RATES/ETC |
| INSTRUMENT | SLANDER | [ ] 368 ASBESTOS PERSONAL | 21 USC 881 | PROPERTY RIGHTS | [ ] 460 DEPORTATION |
| [ ] 150 RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT | [ ] 630 LIQUOR LAWS | | [ ] 470 RACKETEER INFLU- |
| OVERPAYMENT & | EMPLOYERS' | LIABILITY | [ ] 640 RR & TRUCK | [ ] 820 COPYRIGHTS | ENCED & CORRUPT |
| ENFORCEMENT OF | LIABILITY | | [ ] 650 AIRLINE REGS | [ ] 830 PATENT | ORGANIZATION ACT |
| JUDGMENT | [ ] 340 MARINE | PERSONAL PROPERTY | [ ] 660 OCCUPATIONAL | [ ] 840 TRADEMARK | (RICO) |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT | | SAFETY/HEALTH | | [ ] 480 CONSUMER CREDIT |
| [ ] 152 RECOVERY OF | LIABILITY | [ ] 370 OTHER FRAUD | [ ] 690 OTHER | | [ ] 490 CABLE/SATELLITE TV |
| DEFAULTED | [x] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | | SOCIAL SECURITY | [ ] 810 SELECTIVE SERVICE |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE | [ ] 380 OTHER PERSONAL | LABOR | | [ ] 850 SECURITIES/ |
| (EXCL VETERANS) | PRODUCT LIABILITY | PROPERTY DAMAGE | | [ ] 861 MIA (1395FF) | COMMODITIES/ |
| [ ] 153 RECOVERY OF | [ ] 360 OTHER PERSONAL | [ ] 385 PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 862 BLACK LUNG (923) | EXCHANGE |
| OVERPAYMENT OF | INJURY | PRODUCT LIABILITY | STANDARDS ACT | [ ] 863 DIWC (405(g)) | [ ] 875 CUSTOMER |
| VETERANS BENEFITS | | | [ ] 720 LABOR/MGMT | [ ] 863 DIWW (405(g)) | CHALLENGE |
| [ ] 160 STOCKHOLDERS SUITS | | | RELATIONS | [ ] 864 SSID TITLE XVI | 12 USC 3410 |
| [ ] 190 OTHER CONTRACT | | | [ ] 730 LABOR/MGMT | [ ] 865 RSI (405(g)) | [ ] 891 AGRICULTURE ACTS |
| [ ] 195 CONTRACT PRODUCT | | | REPORTING & | | [ ] 892 ECONOMIC |
| LIABILITY | | | DISCLOSURE ACT | | STABILIZATION ACT |
| [ ] 196 FRANCHISE | | | [ ] 740 RAILWAY LABOR ACT | FEDERAL TAX SUITS | [ ] 893 ENVIRONMENTAL |
| | | | [ ] 790 OTHER LABOR | | MATTERS |
| | ACTIONS UNDER STATUTES | | LITIGATION | [ ] 870 TAXES | [ ] 894 ENERGY |
| | | | [ ] 791 EMPL RET INC | [ ] 871 IRS-THIRD PARTY | ALLOCATION ACT |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | SECURITY ACT | 20 USC 7609 | [ ] 895 FREEDOM OF |
| | | | | | INFORMATION ACT |
| [ ] 210 LAND CONDEMNATION | [ ] 441 VOTING | [ ] 510 MOTIONS TO | | | [ ] 900 APPEAL OF FEE |
| [ ] 220 FORECLOSURE | [ ] 442 EMPLOYMENT | VACATE SENTENCE | | | DETERMINATION |
| [ ] 230 RENT LEASE & | [ ] 443 HOUSING | 28 USC 2255 | | | UNDER EQUAL ACCESS |
| EJECTMENT | ACCOMMODATIONS | [ ] 530 HABEAS CORPUS | | | TO JUSTICE |
| [ ] 240 TORTS TO LAND | [ ] 444 WELFARE | [ ] 535 DEATH PENALTY | | | [ ] 950 CONSTITUTIONALITY |
| [ ] 245 TORT PRODUCT | [ ] 445 AMERICANS WITH | [ ] 540 MANDAMUS & OTHER | | | OF STATE STATUTES |
| LIABILITY | DISABILITIES - | [ ] 550 CIVIL RIGHTS | | | [ ] 890 OTHER STATUTORY |
| [ ] 290 ALL OTHER | EMPLOYMENT | [ ] 555 PRISON CONDITION | | | ACTIONS |
| REAL PROPERTY | [ ] 446 AMERICANS WITH | | | | |
| | DISABILITIES -OTHER | | | | |
| | [ ] 440 OTHER CIVIL RIGHTS | | | | |

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $ 1,500,000.00 OTHER _____  JUDGE _____  DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [x] YES [ ] NO

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

[X] 1 Original Proceeding   [ ] 2a. Removed from State Court   [ ] 3 Remanded from Appellate Court   [ ] 4 Reinstated or Reopened   [ ] 5 Transferred from (Specify District)   [ ] 6 Multidistrict Litigation   [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

[ ] 2b. Removed from State Court

AND at least one party is a pro se litigant

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [X] 4 DIVERSITY

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)*

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [X] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Dana Badke, an infant by her father, John Badke
102 Lolly Lane East
Centereach, NY 11720

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Marven Weiman
131 Westhampton Drive
Thornhil, ON L4J7J8

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [X] WHITE PLAINS   [ ] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE 1-3-08   SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[Y] YES (DATE ADMITTED Mo. _____ Yr. _____)
Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**JUDGE ROBINSON**

DANA BADKE, an infant under the age of fourteen (14)
years by her father and natural guardian, JOHN BADKE and
JOHN BADKE, Individually,

**COMPLAINT IN A CIVIL ACTION**

                                        Plaintiffs,

**08 CV 0210**

                        -against-

**PLAINTIFFS DEMAND TRIAL BY JURY**

MARVEN WEIMAN,

                                        Defendant.
------------------------------------------------------------------X

RECEIVED
JAN 10 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Plaintiffs, by their attorneys, **FELDMAN, KRAMER & MONACO, P.C.**, complains of

the Defendant, as and for their Complaint in a Civil Action alleges as follows:

## JURISDICTION AND VENUE

1.    Plaintiffs **DANA BADKE** and **JOHN BADKE** are citizens of the State of New

York within the meaning of 28 U.S.C. 1332 (a) (1).

2.    Defendant **MAVEN WEIMAN** is a citizen of the Country of Canada within the

meaning of 28 U.S.C. 1332 (a) (2).

3.    This Court has venue to hear this action pursuant to 28 U.S.C. 1391(a).

## FIRST CLAIM

4.    That on Friday, June 1, 2007, at approximately 4:08 PM on Rt. 25A, 100 feet East of

Horseblock Road in the Town of Centereach, Suffolk County, State of New York, a 2006 Chevrolet

motor vehicle (bearing license plate number AKLD206) owned and operated by Defendant

**MARVEN WEIMAN** struck ("car accident") a 2002 Mercury motor vehicle (with license plate

number OZD8769) being operated by infant Plaintiff **DANA BADKE** and owned by Plaintiff

**JOHN BADKE.**

5.     The car accident by and between the Chevrolet and Mercury on June 1, 2007 was by reason of the negligence of the Defendant **MARVEN WEIMAN** in the ownership, operation, maintenance and control of the Chevrolet.

6.     The negligence of Defendant **MARVEN WEIMAN** in the ownership, operation, maintenance and control of the Chevrolet consisted of inter alia, failing to yield the right-of-way, failing to avoid striking the Mercury in the rear when the Mercury was stopped; failing to keep a proper look out; operating at an unsafe speed;   failing to operate the vehicle safely in view of traffic condition then and there prevailing; failing to leave proper distance between the Chevrolet and Mercury while following the Mercury on the highway; failing to give warning by appropriate use of horn; failing to keep proper lookout; failing to maintain the automobile in good and safe condition; failing to make use of proper turn signals.

7.     The negligence of the Defendant **MARVEN WEIMAN** in his ownership, operation and maintenance and control of the Mercury was the proximate cause of the serious painful disabling personal injuries with longstanding permanent consequences sustained by the infant Plaintiff **DANA BADKE** which injuries are "serious" within the meaning of New York Insurance Law §5102(d).

8.     That infant Plaintiff **DANA BADKE** sustained serious injuries and economic loss greater than basic economic loss as defined by §5104 of the Insurance Law of the State of New York.

9.     That as a result of the aforesaid occurrence, infant Plaintiff **DANA BADKE** has sustained damages in the amount of **ONE MILLION ($1,000,000.00) DOLLARS** not including the costs and disbursements of this action.

### SECOND CLAIM

10.     That at all times hereinafter mentioned, Plaintiff **JOHN BADKE** repeats,

reiterates and realleges each and every allegation contained herein as though set forth at length herein.

11.     That at all times hereinafter mentioned, Plaintiff **JOHN BADKE** was and is the father and natural guardian of infant Plaintiff, **DANA BADKE** and as such was entitled to the society, services of infant Plaintiff, **DANA BADKE**.

reiterates and realleges each and every allegation contained herein as though set forth at length herein.

11.     That at all times hereinafter mentioned, Plaintiff **JOHN BADKE** was and is the father and natural guardian of infant Plaintiff, **DANA BADKE** and as such was entitled to the society, services of infant Plaintiff, **DANA BADKE**.

12.     That by reason of the foregoing, Plaintiff **JOHN BADKE** was deprived of the society and services of the infant Plaintiff, **DANA BADKE** and shall be deprived of said society and services in the future.

13.     That by reason of the foregoing, Plaintiff **JOHN BADKE** has sustained damages in the amount of **FIVE HUNDRED THOUSAND ($500,000.00) DOLLARS**.

**WHEREFORE**, infant Plaintiff **DANA BADKE** demands judgment against the Defendant **MARVEN WEIMAN**   on the first claim in the sum of **ONE MILLION ($1,00,000.00) DOLLARS**, and the Plaintiff **JOHN BADKE** demands judgment against the Defendant **MARVEN WEIMAN** on the second claim of action in the sum of   **FIVE HUNDRED THOUSAND ($500,000.00) DOLLARS,** each together with the costs and disbursements of this action

Dated:          Hauppauge, New York
                December 6, 2007

                                    Yours, etc.

                                    JASON F. ZIMMERMAN
                                    FELDMAN, KRAMER & MONACO, P.C.
                                    Attorneys for Plaintiff(s)
                                    330 Motor Parkway
                                    Hauppauge, New York 11788
                                    631-231-1450 – Ext. 218

3

**PLAINTIFF'S VERIFICATION**

STATE OF NEW YORK  )
                   ) SS:
COUNTY OF SUFFOLK  )

**JOHN BADKE**, being duly sworn, says:

## PLAINTIFF'S VERIFICATION

STATE OF NEW YORK  )
                   ) SS:
COUNTY OF SUFFOLK  )

      **JOHN BADKE**, being duly sworn, says:

      I am a Plaintiff in the action herein:  I have read the annexed **COMPLAINT** and know

the contents thereof, and the same are true to my knowledge, except those matters therein which

are stated to be alleged upon information and belief, and as to those matters I believe them to be

true. My belief as to those matters therein not stated upon knowledge, is based upon facts,

records, and other pertinent information contained in my personal files.

Dated:  December /2 2007

_____
JOHN BADKE

Sworn to before me this
/2th day of December, 2007

_____
Notary Public

JOAN L. WOLF
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01WO6053335
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES 01-08-2011