```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DANA BADKE, *ET AL.*,                :           08 Civ. 210 (SHS)

               Plaintiffs,          :           ORDER

     -against-                                :

MARVEN WEIMAN,                       :

               Defendant.           :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    It appearing from the face of the complaint that venue is improper, see 28 U.S.C. § 1391(a)(2), the parties are hereby ordered to show cause in writing on or before July 24, 2008, why this action should not be transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1406(a).

Dated: New York, New York
         July 3, 2008

                                                    SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.