

# FELDMAN, KRAMER & MONACO, P.C.
ATTORNEYS & COUNSELLORS

HERBERT KRAMER
WARREN B. FELDMAN
WILLIAM J. MONACO

DONNA ROSEN
IRENE V. VILLACCI
ALLAN E. FOGEL
JASON F. ZIMMERMAN
JAMES E. ORLANDO
DANIEL J. DeROSSO
MATTHEW R. NEWBORN
STEVEN KRAMER
CHARLES H. ROSEN
GLENN L. KANTOR
FRANK S. CHIMENTO
KERRIE C. HORROCKS

OF COUNSEL

STUART SALLES
ROBERT SANTORIELLA
STEVEN GILDIN
BRADLEY ZELENITZ
DAVID SHAPIRO
DEBORAH S. GALLIN
JOSEPH M. ROSENTHAL
LUCRETIA M. LUCIVERO
FRANCIS J. TUBRIDY
ANITA Y. AGINIAN
ROBERT D. SCHLESINGER
HENRY PON
ANDREW F. BREMS
KENNETH M. SPOLE
LEONARD M. SCHNITZER
FORABO B. ONOGE
JOHN CALIMANO
SALLY ABEL
ANGELA R. CRUDDEN
DOMINIC E. EZEUDU
STEVEN FLYNN
ANDREA S. GROSS
FRED HORTON
GLEN LEVINE
STEPHEN B. IRWIN
GARY McCARTHY
DAVID P. SIBEK
LORETTA McINTOSH
DERON TUCKER
ROBERT H. TUCKER
PAM GOSHMAN
KEVIN CAMPBELL

PARALEGALS

VICKI CASTRO
TERRY GILMORE
STACEE D. LETIZIA
DEANNA GAY
JAMIE MANCUSO
BARBARA CIOFFI
MARGARET SATCHWELL
BARBARA CAPEL
DOREEN TIERNAN
LAURA BACHE
LEANDRA CONDE
SHARON SAYLOR

PLAN ADMINISTRATORS

EILEEN BAER
LAURA TENDRUP
TERRY MILLS

BUSINESS MANAGER
MARYANNE DEJEWSKI

330 VANDERBILT MOTOR PARKWAY
HAUPPAUGE, NEW YORK 11788-5110
631.231.1450
212.809.7373
800.832.5182
FAX 631.231.4732
E-MAIL: fkmlaw.com

July 7, 2008

United States District Court
Southern District
300 Quarropas Street
White Plains, NY 10601
Attn: Hon. Sidney H. Stein, U.S.D.J.

    Re:    Badke v. Weiman
           Case #: 08 CV 0210

Hon. Justice Stein:

Pursuant to your Order, dated July 3, 2008, please be advised that I have no objection to the above referenced matter being transferred to the Eastern District of New York.

Also, please advise me if the matter is still on for an initial pretrial conference on July 25, 2008 at 11:30 AM in light of the Order.

Thank you for your attention to this matter.

Very truly yours,

FELDMAN, KRAMER & MONACO, PC

JASON F. ZIMMERMAN – Ext. 218
JFZ/bc
cc: Gibson, McAskill & Crosby, LLP

| NASSAU OFFICE: | BROOKLYN OFFICE: | QUEENS OFFICE: | MANHATTAN OFFICE: | WESTCHESTER OFFICE: |
|---|---|---|---|---|
| 805 SMITH STREET | 335 ADAMS STREET, SUITE 2720 | 169-16 JAMAICA AVENUE | 267 BROADWAY | 520 NORTH STREET ROAD |
| BALDWIN, NY 11510 | BROOKLYN, NEW YORK 11201 | JAMAICA, NEW YORK 11432 | NEW YORK, NY 10007 | BRIARCLIFF MANOR, NEW YORK 10510 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF SUFFOLK ss.:

Barbara Capel being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.

I served a true copy of the annexed

### ORDER and ORDER FOR INITIAL PRETRIAL CONFERENCE

on July 7, 2008 by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

Gibson, McAskill & Crosby, LLP
Robert G. Scmaci, Esq.
Attorneys for Defendant(s)
MARVEN WEIMAN
69 Delaware Avenue
Suite 900
Buffalo, NY 14202-3866
(716) 856-4200

_____
BARBARA CAPEL

Sworn to before me this
7th day of July, 2008

_____
Notary Public

DOREEN TIERNAN
Notary Public, State of New York
No. 01TI8344235
Qualified in Suffolk County
Commission Expires June 30, 2010