```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DANA BADKE, *ET AL.*,                     :    08 Civ. 210 (SHS)

                Plaintiffs,    :

    -against-                             :    ORDER

MARVEN WEIMAN,                            :

                Defendant.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    The Clerk of Court is directed to transfer this action to the Eastern District of New York pursuant to 28 U.S.C. § 1406(a); and

    2.    The conference scheduled for July 25, 2008, at 11:30 a.m. is cancelled.

Dated: New York, New York
       July 8, 2008

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.